**496**

*Bernard Meyerson* and *George W. Herz* for appellant.

*Vincent Tese, Richard J. Hendrick* and *Raymond Tese* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.

GIRARD TRUST COMPANY, as Trustee under the Will of JOHN J. EMERY, Deceased, and as Trustee under a Deed of Trust Made by LELA A. EMERY, et al., Appellants, *v.* MELVILLE SHOE CORPORATION, Defendant, and BLOCKFRONT REALTY CORP., et al., Respondents.

Argued October 6, 1949; decided October 21, 1949.

*Samuel Ross Ballin* and *Eugene H. Nickerson* for appellants. *Monroe J. Cahn* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.